# EXHIBIT B

# EXHIBIT B

# EXHIBIT B

# EXHIBIT B

# EXHIBIT B

# EXHIBIT B

# EXHIBIT B

# EXHIBIT B

# EXHIBIT B

# EXHIBIT B

# EXHIBIT B

# EXHIBIT B

**From:**          DiBlasi, Claudia
**Sent:**          Wednesday, April 15, 2020 4:40:12 PM
**To:**            Phykitt, Donald
**Subject:**       Re: confidential

Nothing at the moment.  Thank you.
Kind regards,
Claudia
Claudia R DiBlasi, DO
PGY-1 Family Medicine

**From:** Phykitt, Donald <Donald.Phykitt@guthrie.org>
**Sent:** Tuesday, April 14, 2020 8:29 AM
**To:** DiBlasi, Claudia <Claudia.DiBlasi@guthrie.org>
**Subject:** Re: confidential

Thanks for the update Dia. Have they recommended or do you feel that you need any accommodations?
Donald E Phykitt, DO
Program Director, Family Medicine Residency
Medical Director, Guthrie Sports Medicine
Director of Osteopathic Medical Education
Guthrie Clinic/Robert Packer Hospital
570-887-3335
570-887-2807 (FAX)
phykitt_donald@guthrie.org
**From:** DiBlasi, Claudia <Claudia.DiBlasi@guthrie.org>
**Sent:** Tuesday, April 14, 2020 8:20 AM
**To:** Phykitt, Donald <Donald.Phykitt@guthrie.org>
**Subject:** Fw: confidential

Dr Phykitt,
I have ADD but have not provided any documentation to the program thus far because I have not requested an accommodation.  I recently informed the GME of this diagnosis and provided them with documentation of the diagnosis.  I am forwarding the email I sent to Kierstin to you just so you are aware of this.
Best regards,
Dìa
**From:** DiBlasi, Claudia
**Sent:** Saturday, April 11, 2020 10:23 PM
**To:** Gardner, Kierstin <Kierstin.Gardner@guthrie.org>
**Subject:** confidential

Hello, Kiersten.

I have ADD but did not provided the GME office with documentation when I started to work here because at that time I did not have a desire to request any accommodations.  However, I think the program or GME office should know about this and have it documented in case I request some testing or other accommodations in the future.  I attached a continuity of care document from my former PCP that shows a diagnosis of ADD.

Best regards,

Dìa