IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CLAUDIA DIBLASI, | No. 4:23-CV-01136 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| GUTHRIE/ROBERT PACKER HOSPITAL *et al.*, | |
| Defendants. | |

# ORDER

### NOVEMBER 22, 2023

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendants' partial motion to dismiss (Doc. 10) is **DENIED** as to Counts II, IV, VI, and VII of Plaintiff's Complaint.

2. Defendants' partial motion to dismiss (Doc. 10) is **GRANTED** with prejudice as to Counts IX and X of Plaintiff's Complaint.

3. Defendants' answer to the complaint is due no later than fourteen (14) days from the date of this Order.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge